COLLEEN FLYNN, SBN 234281
Law Office of Colleen Flynn
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
Telephone: (213) 252-9444
Facsimile: (213) 252-0091
E-Mail: cflynnlaw@yahoo.com

Attorney for Plaintiff
SHELBY EIDSON

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY EIDSON,<br><br>            Plaintiff,<br><br>      vs.<br><br>DEPARTMENT OF STATE<br><br>            Defendant. | CASE NO. 2:18-cv-9092<br><br>**COMPLAINT FOR INJUNCTIVE RELIEF** |

Plaintiff SHELBY EIDSON, by and through her attorney, brings this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, for injunctive and other appropriate relief, seeking the immediate processing and release of agency records that she requested from Defendant the DEPARTMENT OF STATE ("DOS").

**JURISDICTION AND VENUE**

1. This Court has both subject matter jurisdiction of the FOIA claim and personal jurisdiction over the parties under 5 U.S.C. § 552(a)(4)(B). This Court also has jurisdiction over this action under 28 U.S.C. § 1331 and 5 U.S.C. §§ 701 – 706.

2. Venue lies in this district under 5 U.S.C. § 552(a)(4)(B) because Plaintiff resides in this district.

## PARTIES

3. Plaintiff SHELBY EIDSON is a resident of Los Angeles County, California. In June 2015 she was in Istanbul, Turkey with her partner who was the victim of a serious sexual assault at the Steigenberger Hotel Maslak Istanbul.

4. Defendant DOS is an agency of the United States government within the meaning of 5 U.S.C. § 552(f)(1).

## FACTUAL ALLEGATIONS

1. On July 17, 2015, Plaintiff submitted a FOIA Request to Defendant requesting the release of a single record – a letter from Istanbul Consul General Charles Hunter to Steigenberger Hotel Maslak Istanbul manager – regarding a serious sexual assault that occurred at the hotel, the consul's concern regarding the hotel's policy to not assist guests in calling law enforcement, and the consul's decision to no longer refer American citizens to this hotel. *See* 7/17/15 DOS email confirming FOIA request, attached hereto as **Exhibit 1**.

2. The Request also asked for a fee waiver and expedited processing as Plaintiff's partner was the victim of the sexual assault at the hotel in Istanbul and the incident raised serious concerns about the safety of American women traveling in Istanbul as well as the failings of the Turkish system and the American consulate to adequately address the crime.

3. Over two and half years later, on March 22, 2018, Defendant emailed Plaintiff asking if she was still interested in the processing of her request. *See* 3/22/18 email from DOS to Plaintiff attached hereto as **Exhibit 2**.

4. The same day Plaintiff responded confirming she still wanted the document and asking that it be sent as soon as possible. *See* 3/22/18 email from Plaintiff to DOS attached hereto as **Exhibit 3**.

5. Although more than three years have elapsed since the Request was submitted, Defendant has not released the requested record. Indeed, Defendant has not responded to the Request in any meaningful way, nor has it ruled on the expedited processing and fee waiver requests.

6. Plaintiff now respectfully requests that the Court order Defendant to immediately process and release the responsive record and enjoin Defendant from charging Plaintiff fees for processing the Request.

# CAUSES OF ACTION

### First Cause of Action
### Violation of the FOIA
### Failure to Make the Records Requested Promptly Available to Plaintiff

1. Plaintiff repeats and realleges each and every paragraph as if fully set forth herein.

2. Defendant's failure to make the records sought promptly available violates the FOIA, 5 U.S.C. § 552(a)(3)(A), and the corresponding agency regulations.

### Second Cause of Action
### Violation of the FOIA
### Failure to Timely Respond to Plaintiff's Request

3. Plaintiff repeats and realleges each and every paragraph as if fully set forth herein.

4. Defendant's failure to timely respond to the Request violates the FOIA, 5 U.S.C. § 552(a)(6)(A), and the corresponding agency regulations.

### Third Cause of Action
### Violation of the FOIA
### Failure to Make a Reasonable Effort to Search for Records

5. Plaintiff repeats and realleges each and every paragraph as if fully set forth herein.

6. Defendant's failure to make a reasonable effort to search for records responsive to the Request violates the FOIA, 5 U.S.C. § 552(a)(3)(C), and the corresponding agency regulations.

### Fifth Cause of Action
### Violation of the FOIA
### Failure to Waive Processing Fees

7. Plaintiff repeats and realleges each and every paragraph as if fully set forth herein.

8. Defendant failed to grant Plaintiff's request for a waiver of processing fees in violation of the FOIA, 5 U.S.C. § 552(a)(4)(A)(iii), and the corresponding agency regulations.

### Fifth Cause of Action
### Violation of the FOIA
### Failure to Expedite Processing

9. Plaintiff repeats and realleges each and every paragraph as if fully set forth herein.

10. Defendant failed to grant Plaintiff's request for expedited processing in violation of the FOIA, 5 U.S.C. § 552(a)(6)(E)(ii), and the corresponding agency regulations.

3

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays that this Court:

1. Order Defendant to respond to Plaintiff's Request and make a determination concerning the Request;

2. Order Defendant to immediately conduct a thorough search for the requested document;

3. Order Defendant to make the record requested promptly available to Plaintiff;

4. Enjoin Defendant from charging Plaintiff fees for processing the Request.

5. Award Plaintiff costs and reasonable attorney fees incurred in this action; and

6. Grant such other relief as the Court may deem just and proper.

Dated: Los Angeles, California
October 22, 2018

                                                 ___/s/ Colleen Flynn___
                                                 By: Colleen Flynn, Esq.
                                                 Attorney for Plaintiff
                                                 SHELBY EIDSON



Shelby T Eidson <ste206@nyu.edu>

# FOIA Request Letter

**State Department FOIA** <noreply@state.gov>  Fri, Jul 17, 2015 at 12:33 PM
To: ste206@nyu.edu

Thank you for filing your FOIA request online on 7/17/2015. Here is a review of your request.

The records I request can be described as follows:

A letter written by Istanbul Consul General Charles Hunter sent to the Steigenberger Hotel Maslak Istanbul Manager regarding a sexual assault that occurred at the hotel, the consul's concern regarding a hotel policy to not assist guests in calling law enforcement, and the consul's determination that it would no longer refer American citizens to this hotel.

The time period of my request is from 06/17/2015 to 07/17/2015

The search will be restricted to the State Archiving System.

I am an individual seeking information for personal use and not for commercial use.

I am willing to pay $25 for my request.

I request a waiver of all fees for this request.
Reason: My partner was the victim of a serious crime in Istanbul (sexual assault) and we wish to prevent future sexual assaults against American women abroad in Istanbul, as well as address failings that occurred within both the Turkish system and the American consulate there.

I have a compelling need for expeditious handling:
- A harm to substantial humanitarian concerns exists.
- We were placed in serious danger during our stay in Istanbul and would like to share this letter with media and other Americans to prevent future harm to women who may be sexually assaulted and/or denied access to law enforcement assistance

My additional comments are as follows:

Please direct any questions regarding this request to Patrick Walsh, the Consul General in Ankara, Turkey, his email is WalshPW@state.gov

Contact Information
Ms. Shelby T Eidson
4718 Virginia Avenue
Oakland, California 94619
P: (310) 429-8742
F: N/A
ste206@nyu.edu



Shelby T Eidson <ste206@nyu.edu>

## FOIA Request F-2015-12088

**CA-OCS-FOIA** <CA-OCS-FOIA@state.gov>　　　　　　　　　　　　　　　　　　　　Thu, Mar 22, 2018 at 10:58 AM
To: "ste206@nyu.edu" <ste206@nyu.edu>
Cc: CA-OCS-FOIA <CA-OCS-FOIA@state.gov>

Good afternoon:

This message is in regard to your Freedom of Information Act/Privacy Act (FOIA/PA) request filed on July 17, 2015, seeking records concerning the sexual assault at the Steigenberger Hotel Maslak from June 17, 2015 through July 17, 2015.  The A/GIS/IPS administrative tracking number for this request is F-2015-12088.

Because the lapse of time may have changed your need for the information you originally requested, I am writing to ask whether you are still interested in the continued processing of your request.  If you are still interested, you may indicate so by contacting us at CA-OCS-FOIA@state.gov, and we will complete the processing of your request as soon as possible. If you determine that you are still interested, but would like to narrow the focus of the request so as to complete it sooner, please let me know how you would like to proceed as well.

If you are no longer interested in pursuing your request, no further action is needed. If we have not received your response within forty-five (45) calendar days from the date of this correspondence, we will assume you are no longer interested in receiving the requested information and your case will be closed.  We appreciate your patience and understanding.


Sincerely,


Office of Legal Affairs

Office of Overseas Citizens Services


**Official**

**UNCLASSIFIED**

EXHIBIT 2



Shelby T Eidson <ste206@nyu.edu>

## FOIA Request F-2015-12088

**Shelby T Eidson** <ste206@nyu.edu> Thu, Mar 22, 2018 at 2:13 PM
To: CA-OCS-FOIA <CA-OCS-FOIA@state.gov>
Cc: Loretta Peng <lorettapeng@gmail.com>

Yes, I am still interested. Please send requested documents as soon as possible.

It is troubling that your office has taken more than two years to complete this very narrow and specific request.

Best,
Shelby Eidson
[Quoted text hidden]

EXHIBIT 3